JOSEPH A. WALKER, State Bar No. 47223
JASON MATTHEW LAMB, State Bar No. 222191
THE WALKER LAW FIRM,
A Professional Corporation
1301 Dove Street, Suite 720
Newport Beach, California 92660-2464
Telephone: 949.752.2522
Facsimile: 949.752.0439
E-Mail: jlamb@twlf.net

**JS-6**

NOTE CHANGES BY THE COURT

Attorneys for Plaintiff, PANAVISE PRODUCTS, INC.

JON E. HOKANSON, State Bar No. 118829
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.680.5050
Facsimile: 213.250.7900
E-Mail: Hokanson@lbbslaw.com

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PANAVISE PRODUCTS, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>EFORCITY CORPORATION, a California corporation,<br><br>    Defendant. | Case No.: **SACV11-501-JST(RNBx)**<br><br>**ORDER OF DISMISSAL PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

A Stipulation of Dismissal Pursuant to Rule 41 of the Federal Rules of Civil Procedure was filed herein by Plaintiff, PANAVISE PRODUCTS, INC. ("Plaintiff"), and Defendant, EFORCITY CORPORATION ("Defendant"). Based thereon, it is ORDERED that**:**

1.   The Complaint filed herein by Plaintiff against Defendant is hereby ***DISMISSED***;

**ORDER GRANTING DISMISSAL - 1**

2. The dismissal is hereby entered *WITH PREJUDICE*; and

3. Each party to bear its own attorneys' fees and costs.

DATED: September 28, 2011

**JOSEPHINE STATON TUCKER**
Josephine Staton Tucker
United States District Court Judge

**ORDER GRANTING DISMISSAL - 2**